UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARION REDEKOP,<br><br>                      Plaintiff<br><br>v.<br><br>JEREMY BEAN, et al.,<br><br>                      Defendants | Case No. 2:25-cv-00180-CDS-MDC<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME**<br><br>[ECF No. 8] |

Darion Redekop brings this civil-rights action to redress constitutional violations that he allegedly suffered while incarcerated at High Desert State Prison. The Court screened Plaintiff's original complaint, allowing one claim to proceed and dismissing others with leave to amend by October 30th. (ECF No. 6). Plaintiff now moves to extend that deadline, arguing more time is needed "due to inner department requirements upon discrepancies requesting electronic filed-first amended complaint-service and summons[.]" (ECF No. 8). Plaintiff might be referring to the fact that his first amended complaint was erroneously filed in a new lawsuit. *See Redekop v. Bean*, Case No. 2:25-cv-02021-RFB-NJK (D. Nev. filed Oct. 20, 2025). But Plaintiff filed a motion in that lawsuit alerting the Court to the mistake, and that lawsuit was then administratively closed as filed in error. *Id.* at ECF Nos. 3, 4. More importantly, **Plaintiff's first amended complaint and proposed summons were also timely filed in <u>this</u> lawsuit**. (ECF Nos. 7, 7-1).

I. **CONCLUSION**

It is therefore ordered that the motion to extend the deadline to file an amended complaint (ECF No. 8) is denied as moot. Plaintiff is advised that the Court will screen his first amended complaint (ECF No. 7) in the ordinary course and should not take additional action in this lawsuit unless ordered by the Court.

DATED: October 28, 2025

                                                            _____
                                                            Hon. Maximiliano D. Couvillier, III
                                                            UNITED STATES MAGISTRATE JUDGE