UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DARION REDEKOP,

                                    Plaintiff

        v.

JEREMY BEAN, et al.,

                                    Defendants

Case No. 2:25-cv-00180-CSD-MDC

**ORDER**

Pro se plaintiff Darion Redekop brings this civil-rights lawsuit to redress constitutional violations that he allegedly suffered while incarcerated at High Desert State Prison. According to the Nevada Department of Corrections inmate database, Plaintiff is no longer incarcerated. Plaintiff has not filed his updated address with the Court. Plaintiff is reminded that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." LR IA 3-1. This rule includes when the party is moved to a new institution or released from custody. (*See* ECF No. 3 at 1). The party's "[f]ailure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1. The Court will give Plaintiff an extension of time to file a written notice of his current address.

I.      **CONCLUSION**

It is therefore ordered that Plaintiff has **until May 26, 2026**, to file a written notice of his current address.

Plaintiff is advised that if he fails to timely comply with this order, this action will be subject to dismissal without prejudice.

DATED: April 27, 2026

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE